IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. ACTION NO. 5:03CR30023 |
| v. | <u>ORDER</u> |
| ARMEN MIKAYELYAN, | |
| Defendant. | JUDGE JAMES H. MICHAEL, JR. |

Before the court is the defendant's oral objection to the Presentence Investigation Report, which he raised at his December 8, 2004 sentencing hearing, as well as the defendant's Memorandum of Law in Support of Defendant's Objection to Presentence Report, filed on December 12, 2004, the Government's Position on Sentencing and Motion to Subpoena Information and Records for Production in Advance of Sentencing Hearing, filed on January 10, 2005, and the defendant's Memorandum in Opposition to Government's Motion to Subpoena, filed on February 21, 2005.

For the reasons stated in the accompanying Memorandum Opinion, it is this day

ADJUDGED, ORDERED, AND DECREED

as follows:

1. The defendant's objection to the Presentence Investigation Report is hereby DENIED;

2. The government's motion to subpoena is hereby DENIED; and

3. The parties are hereby directed to work with the Clerk of the Court to schedule a continuation of the sentencing hearing, at which the defendant will be sentenced in accordance with this opinion.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
Senior United States District Judge

5-26-2005
Date